NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH S. GIUNTA,                          )
                                           )
                   Appellant,              )
                                           )
v.                                         )        Case No.  2D18-1624
                                           )
GIOVANNA GIUNTA,                           )
                                           )
                   Appellee.               )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Collier
County; Hugh D. Hayes, Judge.

Carl A. Morgan, Jacksonville, for
Appellant.

Giovanna Giunta, Port Washington, New
York, pro se.

PER CURIAM.

                   Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.